# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Ruf, Andrew Mark | § | Case No. 811-74755 478 |
| Ruf, Patricia J. | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

      Funds were disbursed in the following amounts:

      Payments made under an interim disbursement
      Administrative expenses
      Bank service fees
      Other payments to creditors
      Non-estate funds paid to 3rd Parties
      Exemptions paid to the debtor
      Other payments to the debtor

      Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/ALLAN B. MENDELSOHN_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 811-74755 | 478 | Judge: DOROTHY EISENBERG | Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|---|---|---|---|
| Case Name: | Ruf, Andrew Mark | | | Date Filed (f) or Converted (c): | 07/02/11 (f) |
| | Ruf, Patricia J. | | | 341(a) Meeting Date: | 08/11/11 |
| For Period Ending: | 08/21/13 | | | Claims Bar Date: | 02/14/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 14 Frog Pond Road Huntington Sta, NY 11746 | 430,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 40.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. Checking w/Chase | 10.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. Custodial account for son at Bethpage Federal | 200.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Savings w/Bethpage Federal | 60.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. Household goods | 2,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. Books and pictures | 400.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. Clothing | 1,200.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. Jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. Whole Life w/Birkshire Life | 0.00 | 0.00 | | 0.00 | FA |
| 11. 401K | 50,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. 100% owner of MPJS Pretzels for Less Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 13. 2006 Kia Spectra | 2,850.00 | 0.00 | | 0.00 | FA |
| 14. 2008 Dodge Avenger | 10,000.00 | 0.00 | | 0.00 | FA |
| 15. SALE OF BUSINESS - Snyder's Route# 804453 (u) | 0.00 | 166,410.00 | | 158,862.77 | FA |
| Truck delivery route sold for $166,410.00 per 1/2/13 Sale Contract Addendum and 02/20/13 order. Final route adjustments of $7,547.23 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

Case No:     811-74755    478    Judge: DOROTHY EISENBERG     Trustee Name:     ALLAN B. MENDELSOHN
Case Name:   Ruf, Andrew Mark                                 Date Filed (f) or Converted (c):   07/02/11 (f)
             Ruf, Patricia J.                                 341(a) Meeting Date:               08/11/11
                                                              Claims Bar Date:                   02/14/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| results in final sale proceeds of $158,862.77. | | | | | |

                                                                                                              Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)            $499,260.00            $166,410.00                    $158,862.77                    $0.00
                                                                                                              (Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigating for equity/liens related to business operation known as MPJS Pretzels for Less, Inc. and for potentially
meritorious grounds to pursue preference and/or fraudulent conveyance claims.

Initial Projected Date of Final Report (TFR): 12/31/13        Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 811-74755 -478 | | | Trustee Name: | ALLAN B. MENDELSOHN |
|---|---|---|---|---|---|
| Case Name: | Ruf, Andrew Mark | | | Bank Name: | Empire National Bank |
| | Ruf, Patricia J. | | | Account Number / CD #: | *******3497  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 46-6621012 | | | | |
| For Period Ending: | 08/21/13 | | | Blanket Bond (per case limit): | $ 80,815,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/04/13 | 15 | D&V MANAGEMENT AND CONSULTING , LLC<br>113 Schoolhouse Road<br>Levittown, NY  11756 | PROCEEDS FROM SALE<br>Proceeds from sale of truck and delivery route<br>pursuant to order dated February 20, 2013. | 1229-000 | 30,000.00 | | 30,000.00 |
| 03/06/13 | 15 | Route World Brokers, Inc.<br>99 West Hawthorne Avenue<br>Valley Stream, NY  11580 | PROCEEDS FROM SALE<br>turn-over by broker of deposit received with<br>connection to sale of Snyders of Hanover truck route<br>and truck per order dated February 20, 2013. | 1129-000 | 20,000.00 | | 50,000.00 |
| 03/18/13 | 15 | SL Distribution Company, LLP<br>113 Schoolhouse Road<br>Levittown, NY 11756 | PROCEEDS FROM SALE<br>payment received with connection to sale of Snyders<br>of Hanover truck route and truck per order dated<br>February 20, 2013. | 1229-000 | 104,979.25 | | 154,979.25 |
| 04/04/13 | 000101 | ROUTE WORLD BROKERS, INC<br>99 West Hawthorne Avenue<br>Valley Stream, NY  11580 | BROKER COMMISSION<br>pursuant to orders dated August 22, 2012 and<br>February 20, 2013 for sale of Snyder's (SOH) Rte<br>#804453. | 3991-000 | | 16,641.00 | 138,338.25 |
| 04/18/13 | 15 | S-L Distribution Company, Inc.<br>P.O. Box 6917<br>1250 York Street<br>Hanover, PA  17331 | PROCEEDS FROM SALE<br>Final payment received with connection to sale of<br>Snyders of Hanover truck route and truck per order<br>dated February 20, 2013.  Final route adjustments of<br>$7,547.23 results in final sale proceeds of<br>$158,862.77. | 1229-000 | 3,883.52 | | 142,221.77 |
| 08/15/13 | 000102 | THOMAS E. WISNIESKI, CPA<br>5036 Jericho Turnpike<br>Commack, NY  11725 | ACCOUNTANT FEES<br>pursuant to February 12, 2013 order for preparation of<br>estate tax returns | 3410-000 | | 700.00 | 141,521.77 |

Page Subtotals        158,862.77        17,341.00

| | | | | | | Page: 2 |
|---|---|---|---|---|---|---|
| | | **FORM 2** | | | | |
| | | **ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** | | | | Exhibit B |

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 811-74755 -478 | | Trustee Name: | ALLAN B. MENDELSOHN | |
| Case Name: | Ruf, Andrew Mark | | Bank Name: | Empire National Bank | |
| | Ruf, Patricia J. | | Account Number / CD #: | *******3497 Checking Account (Non-Interest Earn | |
| Taxpayer ID No: | 46-6621012 | | | | |
| For Period Ending: | 08/21/13 | | Blanket Bond (per case limit): | $ 80,815,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| | | COLUMN TOTALS | | 158,862.77 | 17,341.00 | 141,521.77 |
| | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 158,862.77 | 17,341.00 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 158,862.77 | 17,341.00 | |

| | | | |
|---|---|---|---|
| | | NET | ACCOUNT |
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Checking Account (Non-Interest Earn - ********3497) | 158,862.77 | 17,341.00 | 141,521.77 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 158,862.77 | 17,341.00 | 141,521.77 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 21, 2013 |
|---|---|---|---|---|---|---|
| Case Number: | 811-74755 | | Claim Class, Priority Sequence | | | |
| Debtor Name: | Ruf, Andrew Mark | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3991-50 | ROUTE WORLD BROKERS, INC<br>99 West Hawthorne Avenue<br>Valley Stream, NY  11580 | Administrative | | $16,641.00 | $16,641.00 | $0.00 |
| 3992-51 | ROUTE WORLD BROKERS, INC<br>99 West Hawthorne Avenue<br>Valley Stream, NY  11580 | Administrative | | $0.00 | $0.00 | $0.00 |
| 001<br>3220-00 | LAMONICA HERBST &<br>MANISCALCO<br>3305 JERUSALEM AVENUE<br>WANTAGH, NY  11793 | Administrative | | $30,022.50 | $0.00 | $30,022.50 |
| 001<br>3210-00 | LAMONICA HERBST &<br>MANISCALCO<br>3305 JERUSALEM AVENUE<br>WANTAGH, NY  11793 | Administrative | | $203.71 | $0.00 | $203.71 |
| 001<br>2700-00 | CLERK OF THE COURT<br>U.S. BANKRUPTCY COURT<br>LONG ISLAND FEDERAL<br>COURTHOUSE<br>290 FEDERAL PLAZA<br>P.O. BOX 9013<br>CENTRAL ISLIP, NY 11722-9013 | Administrative | | $0.00 | $0.00 | $0.00 |
| 001<br>3410-00 | THOMAS E. WISNIESKI, CPA<br>5036 Jericho Turnpike<br>Commack, NY  11725 | Administrative | | $700.00 | $700.00 | $0.00 |
| | Subtotal for Class Administrative | | | $47,567.21 | $17,341.00 | $30,226.21 |
| 000005A<br>058<br>5800-00 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Priority | xxx-xx-3849 | $45,008.13 | $0.00 | $45,008.13 |
| | Subtotal for Class Priority | | | $45,008.13 | $0.00 | $45,008.13 |
| 000001<br>070<br>7100-00 | Sperry Associates Federal Credit Union<br>2400 Jericho Tnpke<br>Garden City Par, NY 11040 | Unsecured | xxxx7149 | $5,854.63 | $0.00 | $5,854.63 |
| 000002<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | xxxx3671 | $2,678.81 | $0.00 | $2,678.81 |
| 000003<br>070<br>7100-00 | Capital One,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,TX 75374 | Unsecured | xxxx8113 - Kohl's Dept. Stores | $1,519.52 | $0.00 | $1,519.52 |
| 000004<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | xxxx1000 (CREDIT CARD DEBT) | $8,583.80 | $0.00 | $8,583.80 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: August 21, 2013 |

Case Number: 811-74755  
Debtor Name: Ruf, Andrew Mark  

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000005B 070 7100-00 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Unsecured | xxx-xx-3849 | $670.92 | $0.00 | $670.92 |
| 000006 080 7200-00 | Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ  85712 | Unsecured | xxxx6259 | $3,259.05 | $0.00 | $3,259.05 |
| 999 8200-00 | Andrew Mark Ruf<br>Patricia J. Ruf<br>Huntington Station, NY  11746 | Unsecured | | $33,842.75 | $0.00 | $33,842.75 |
| | Subtotal for Class Unsecured | | | $56,409.48 | $0.00 | $56,409.48 |
| | Case Totals: | | | $148,984.82 | $17,341.00 | $131,643.82 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 811-74755 478
Case Name: Ruf, Andrew Mark
          Ruf, Patricia J.
Trustee Name: ALLAN B. MENDELSOHN

Balance on hand                                                              $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ALLAN B. MENDELSOHN | $ | $ | $ |
| Trustee Expenses: ALLAN B. MENDELSOHN | $ | $ | $ |
| Attorney for Trustee Fees: LAMONICA HERBST & MANISCALCO | $ | $ | $ |
| Attorney for Trustee Expenses: LAMONICA HERBST & MANISCALCO | $ | $ | $ |
| Accountant for Trustee Fees: THOMAS E. WISNIESKI, CPA | $ | $ | $ |
| Charges: CLERK OF THE COURT | $ | $ | $ |
| Other: ROUTE WORLD BROKERS, INC | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                                $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005A | Internal Revenue Service | $ | $ | $ |

    Total to be paid to priority creditors    $_____

    Remaining Balance    $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Sperry Associates Federal Credit Union | $ | $ | $ |
| 000002 | Chase Bank USA, N.A. | $ | $ | $ |
| 000003 | Capital One,N.A | $ | $ | $ |
| 000004 | American Express Centurion Bank | $ | $ | $ |
| 000005B | Internal Revenue Service | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

  Remaining Balance                 $_____

  Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

  Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Capital One, N.A. | $ | $ | $ |

  Total to be paid to tardy general unsecured creditors      $_____

  Remaining Balance                 $_____

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $   have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

  To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of    % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $  . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

  The amount of surplus returned to the debtor after payment of all claims and interest is $   .